USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONORIO CANDIA LIBRADO and GILBERTO DARIO RAMIREZ RAMOS, *individually and on behalf of others similarly situated*,

                        Plaintiffs,

-against-

476 AMSTERDAM LLC (D/B/A FRED'S), AND JEREMY WLADIS,

                        Defendants.

25 Civ. 4468 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 2, 2025, the Court directed the parties to file a joint letter and proposed case management plan by September 30, 2025.  ECF No. 7.  That submission is now overdue. Accordingly, by **November 14, 2025**, the parties shall file the joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge