```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONORIO CANDIA LIBRADO and GILBERTO DARIO RAMIREZ RAMOS, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

476 AMSTERDAM LLC (D/B/A FRED'S), AND JEREMY WLADIS,

                Defendant.

25 Civ. 4468 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court is in receipt of the parties' joint letter dated November 14, 2025, requesting an extension of the deadline for the parties to submit their joint letter and proposed case management plan.  *See* ECF No. 17; ECF No. 15.  The request is GRANTED.  By **December 17, 2025**, the parties shall submit a joint letter and proposed case management plan.  By that **same date**, Plaintiffs shall provide the Court with an update on their efforts to amend the complaint and serve additional defendants.

     The parties are reminder that pursuant to Rule I.C of the undersigned's Individual Practices in Civil Cases, the parties shall file any requests for extension at least 48 hours in advance of the relevant deadline.

     SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                                         ANALISA TORRES
                                                United States District Judge