# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.C
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/18/2025__

BY ECF                                                    December 17, 2025

Honorable Judge Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: Candia Librado et al v. 476 Amsterdam LLC et al**
**Index No.: 1:25-cv-04468-AT**

Dear Judge Torres:

This firm represents Defendants 476 Amsterdam LLC and Jeremy Wladis in the above-captioned matter. We submit this letter jointly with Plaintiffs to update the Court on the status of the action, and to request an extension of the deadline to submit a case management plan.

Plaintiffs filed a First Amended Complaint on November 18, 2025, adding two new defendants. To date Plaintiffs have not served the First Amended Complaint upon the additional defendants, and therefore those defendants have not appeared in the action.

We respectfully request an extension of time to January 16, 2026 to provide a further status update, and, if all parties have appeared by that date, a proposed case management plan.

This is the second request for an extension of time to submit the proposed case management plan. The first request was granted. The requested extension will not affect any pending deadlines.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.
Morrison Tenenbaum PLLC
*Attorneys for Appearing Defendants*

GRANTED. By **January 7, 2026**, Plaintiffs shall serve the remaining Defendants and file proof of such service on the docket.

SO ORDERED.

Dated: December 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge

*Certified as a minority-owned business in the State of New York*