UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONORIO CANDIA LIBRADO and GILBERTO
DARIO RAMIREZ RAMOS, *individually and on
behalf of others similarly situated*,

Plaintiffs,

-against-

476 AMSTERDAM LLC (D/B/A FRED'S), AND
JEREMY WLADIS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/20/2026

25 Civ. 4468 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated December 18, 2025, the Court granted the parties an extension of time to January 16, 2026, to file the joint letter and proposed case management plan.  *See* ECF No. 25; *see also* ECF No. 7.  That submission is now overdue.  Accordingly, by **February 17, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 20, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge