Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

February 17, 2026

BY ECF
Honorable Judge Valerie Figueredo
United States Magistrate Judge
United States Courthouse
Southern District of New York
Foley Square

**Re: Candia Librado et al v. 476 Amsterdam LLC et al**
**Index No.: 1:25-cv-04468-AT**

Dear Judge Figueredo:

This firm represents Plaintiffs in the above-referenced matter. We write to request a 14 day extension of the deadline for the Plaintiffs to file their opposition to Defendants 476 Amsterdam LLC and Jeremy Wladis' motion to dismiss. The current deadline is today, September 15, 2026. The reason for the extension is that the undersigned needs additional time to draft and file the opposition. The undersigned emailed counsel yesterday seeking consent, but we have not heard back from counsel. This is the first time we are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun__*
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 16, 2026**

The request for an extension is **GRANTED**. Plaintiffs are directed to file their opposition by **September 29, 2026**, and Defendants are directed to file their reply by **October 6, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 49.